AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Holloway, Jr., William J. | 2. Court or Organization<br><br>US Court of Appeals, 10th Cir. | 3. Date of Report<br><br>5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge, Sr. Status | 5. ReportType (check appropriate type)<br><br>Nomination,    Date<br><br>Initial    ● Annual    Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, Oklahoma 73102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors. | The Historical Society of the Tenth Judicial Circuit |
| 2. Monthly phone conferences and infrequent face-to-face meetings. | |
| 3. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

✔ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

2005 MAY 11 P 1:17

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

✔ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-37 of instructions.)

✔ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

✔ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

✔ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income. assets, or transactions) | | | | | | | | | |
| 1. O.G.E. Energy Corp. (Common Stock) | B | Dividend | K | T | None | | | | |
| 2. AT&T (Common Stock) | A | Dividend | J | T | None | | | | |
| 3. NYNEX(Com. Stock) Deleted as per 9/25/01(Committ letter) | | | | | None | | | | See part VIII, No. 1. |
| 4. Bell Atlantic (Common Stock)Deleted as per 9/25/01 | | | | | None | | | | See part VIII, No. 1 additional |
| 5. Bell South (Common Stock) | B | Dividend | L | T | None | | | | |
| 6. Ameritech (Com Stock)Deleted as per 9/25/01. | | | | | | | | | See VIII, No. 1 additional |
| 7. Pacific Telesis (Com Stock)Deleted 9/25/01 | | | | | | | | | See VIII,No. 1. Additional |
| 8. First State Bank, Pond Creek, OK (Common Stock) | A | Passive K1 | K | W | None | | | | |
| 9. Deleted as per 9/25/01(Committee Ltr instruction) | | | | | | | | | |
| 10. ▓▓▓ 1/3 interest/family's summer cabin,Chaffee Cnty ,CO | | None | K | W | None | | | | |
| 11. Oil & Gas Royalty, Love Co., OK | A | Royalty | C | W | None | | | | See Park VIII, No. 2 |
| 12. Oil & Gas Royalty, Woods County, OK (Chesapeake) | B | Royalty | J | W | None | | | | See Part VIII, No.3 |
| 13. Oil & Gas Royalty Woods County, OK | | None | J | W | None | | | | See VIII, No. 1. |
| 14. Oil & Gas Mineral Interest, Blaine County, OK | C | Lease Bonus | J | W | None | | | | |
| 15. Deleted as per 9/25/01, Committee Instruction | | | | | | | | | See VIII, No 1 Additional |
| 16. Oil & Gas Royalty Intersts, Grant Co., OK | | None | J | W | None | | | | No activity |
| 17. IRA Acct. with Bank One, Oklahoma Closed ▓▓ | | | | | | | | | See VIII, No. 1 Additional |
| 18. Deleted as per 9/25/01 Committee Instruction Ltr. | | | | | | | | | See VIII, No. 1 Additional |

1. Income Gain Codes:  A = S1.000 or less   B = S1.101-S2.500   C = S2.501-S5.000   D = S5.001-S15.000   E = S15.041-S50,000
   (See Columns B1 and D4)  F  S50.001-S100.000   G  S100.001-S1.000,000   H1  S1.000.001-S5.000.000   H2  More than S5,000,000
2. Value Codes:  J  S15.000 or less   K  S15.001-S50.000   L  S50.001-S100.000   M  S100.001-S250.000
   (See Columns C1 and D3)  N  S250.000-S500.000   O  S500.001-S1.000.000   P1  S1.000.001-S5.000.000   P2  S5.000.001-S25.000.000
   P3  S25.000.001-S50.000.000   P4  More than S50.000.000
3. Value Method Codes  Q  Appraisal   R  Cost (Real Estate Only)   S  Assessment   T  Cash/Market
   U  Book Value   V  Other   W  Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Deleted as per 9/25/01, Committee Instruction Ltr | | | | | | | | | See VIII, No. 1 additional |
| 20. Deleted as per 9/25/01 Committee Instruction Ltr. | | | | | | | | | See VIII, No. 1 additional |
| 21. Deleted as per 9/25/01, Committee Instruction Ltr. | | | | | | | | | See VIII, No. 1. Additional |
| 22. Oil & Gas Royalty Interest, Morton & Kearny Cos., Ks. | D | Royalty | K | W | | | | | Included in s. Royalty Item 28 |
| 23. Maple Leaf Gold Coins | | None | J | W | | | | | |
| 24. NOW Checking Account Closed in 12/97) | | | | | | | | | |
| 25. Checking Account - Bank One | A | Interest | K | T | | | | | |
| 26. Trust Closed as reported in earlier year | | | | | | | | | |
| 27. Oklahoma Royalty (See Schedule A Attached) | B | Royalty | J | W | | | | | See Payor Update attached |
| 28. Kansas Oil and Gas Royalty (See schedule A attached | D | Royalty | K | W | | | | | See Payor Update attached |
| 29. Texas Royalty (See Schedule A attached) | B | Royalty | J | W | | | | | See Payor Update attached |
| 30. Pontotoc Co., OK █████████ See Schedule A)(Well Shut In) | | | | | | | | | |
| 31. Deleted as per 9/25/01, Committee Instruction Ltr. | | | | | | | | | See Part VIII, No. 1 |
| 32. Market Index Acct. with Bank One | A | Interest | L | T | | | | | |
| 33. Lucent Technologies, Inc. (Common Stock) | | None | D | T | | | | | |
| 34. NCR Corp. (Common Stock) | | None | J | T | | | | | |
| 35. U.M.B. Bank (2 CDs combined into 1) | A | Interest | L | T | | | | | |
| 36. SBC Communications, Inc. (Common Stock) | C | Dividend | L | T | | | | | |

1. Income-Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$30,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | Bank of Oklahoma (Checking Account) | A | Interest | L | T | | | | | |
| 38. | Vodafon | A | Dividend | J | T | | | | | |
| 39. | NBC Bank, (Oklahoma City, OK) | B | Interest | L | T | | | | | |
| 40. | AVAYA, Inc. (Common Stock) | | None | B | T | | | | | |
| 41. | Verizon Com. (formerly Bell Atlantic) | B | Dividend | L | T | | | | | |
| 42. | Agere Class A | | None | J | T | | | | | |
| 43. | Agere Class B | | None | J | T | | | | | |
| 44. | Mass. Mutual Insurance Policy (2 Policies) | A | | J | T | | | | | See VIII No. 4 |
| 45. | New York Life -(1 Policy) | A | 1 Dividend | J | T | | | | | See VIII, No. 4 |
| 46. | New York Life Ins. (1 Policy) | A | 1 Dividend | J | T | | | | | See VIII, No. 4 |
| 47. | Youngren v. Amoco Settlement | C | | | | | | | | See Part VIII, No. 5 |
| 48. | Velma Alma v. Chesapeake Settlement | A | | | | | | | | See part VIII, No. 6 |
| 49. | | | | | | | | | | |
| 50. | | | | | | | | | | |
| 51. | | | | | | | | | | |
| 52. | | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

From Part VII – Investments and Trusts

1. Deleted as per 9/25/01. Committee Instruction Letter

2. Merged with Weston Oil, then went to
Aries. Included in Oklahoma Royalty Income #27.

3. Included in Oklahoma Royalty Income #27.

4. Nos. 44, 45 and 46 were added due to a review of instructions which informed me that these policies should be reported.  The dividend is less the premium.

5. This settlement resulted in payment to ███ of $3,458.49 from Wichita, Kansas attorneys in 2004.

6. This settlement resulted in payment to ███ of $405.25 in 2004 from Chesapeake.

Note:  We have prepared 3 detailed attachments entitled "Payor Update."  One each for Texas, Kansas and Oklahoma are attached.  They show the payor of royalty or other income, the counties and the years covered.  We include 1999 thru 2003 to trace for the committee the relevant history as to the oil and gas interests which the oil companies frequently transfer.  Behind these 3 "Payor Updates," there is a detailed "Schedule A" listing the mineral interests, overriding royalty interests, and term royalty interests comprising the oil and gas interests of ███ with legal descriptions.  This is a breakdown of the oil and gas interests in Texas, Kansas and Oklahoma owned by ███ and covered by the "Payor Updates" to which Schedule a is attached.  There are a few listings (see items 11, 12, 14, 16, 22 and 30) in Part VII, which are also covered by the "Payor Updates."  We trust that the general listings in the "Payor Updates" will clarify the reporting of the oil and gas interests.

| PAYOR UPDATE | | TEXAS | | Includes All Payors in Each Year | |
| --- | --- | --- | --- | --- | --- |
| **1999** | | **2000** | | **2001** | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| American Processing Allied with Knenergy | Carson (Cooper Lease) | American Processing (Allied with Kindermorgan) One Oak Field Services | Carson (op. cit.) | OneOak Field Services | Carson (op. cit.) |
| Phillips Oil | Carson (Cooper Lease) | Phillips 66 Oil | Carson (op. cit.) | Phillips 66 Oil ½ year then Ultimar Diamond Shamrock | Carson (Op. cit.) |
| Myriad Resources Corp. | Gray (McLaughlin Lease) | Myriad Resources | Gray (op. cit.) | Myriad Resources Corp. | Gray (Op. Cit.) |
| Phillips Gas (GPM) | Gray (McLaughlin) | Phillips Gas Merged with Duke Energy | Gray (op. cit.) | Duke Energy | Gray (op. cit.) |

| PAYOR UPDATE | | TEXAS | | Includes All Payors in Each Year | |
| --- | --- | --- | --- | --- | --- |
| **2002** | | **2003** | | **2004** | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| One oak field services | Carson (Cooper Lease) | Oneoak Field Services | Carson (Cooper Lease) | Oneoak Texas Field Services Gas | Carson (Cooper A&G) |
| Ultimar Diamond Shamrock then Valero Market Supply | Carson (Cooper Lease) Combined 1099 | Valero Mkt. Supply | Carson (Cooper Lease) | Valero Mkt.Supply Oil | Carson (Cooper A&G) |
| Myriad Resources Corp. | Gray (McLaughlin Lease) | Myriad Resources Corp. | Gray (McLaghlin Lease) | Myriad Resources Corp. Oil | Gray (McLaghlin) |

| PAYOR UPDATE | | TEXAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| **2002** | | **2003** | | **2004** | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Duke Energy | Gray (McLaughlin | Duke Energy | Gray (McLaughlin) | Duke Energy Field Service Gas | Gray (McLaghlin) |

| PAYOR UPDATE | | KANSAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 1999 | | 2000 | | 2001 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Amoco | Morton (Bear, Light, Evans) and Kearny (Johnson Gas Wells) | B P Amoco (British Petrol) | Morton (op cit.) Kearny (op. cit.) | B P Amoco | Morton (op cit.) Kearny (op. cit.) |
| Nat'l Coop Refining, LLC | Riley (Gerhart) Kingman (Butler) | Nat'l Coop Refining LLC | Riley (op cit.) Kingman (op. cit.) Graham (Anderson A&B) (See Farmland) | Nat'l Coop Refining LLC | Riley (op cit.) Kingman (op. cit.) Graham (op. cit.) |
| Equiva (Texaco Shell) | Sedgwick (Bartholmew) Barton (U.E. Wells) | Equiva | Sedgwick (op. cit.) Barton (op. cit.) | Equiva | Sedgwick (op. cit.) Barton (op. cit.) |
| Farmland October Allied with Nat'l Coop Ref. | Graham (Anderson) A & B | See above Nat'l Coop Ref., LLC | Graham Anderson A&B See Above Nat'l Coop | Nat'l Coop Ref. | (Graham See Above) Nat'l Coop |
| Genesis Crude | Stafford (Modschiedler Rawlins (Bartovsky) Rooks (Sikes A) | Genesis Cruude | Stafford (op. cit.) Rawlins (op. cit.) Rooks (op. cit.) | Genesis Crude | Stafford (op. cit.) Rawlins (op. cit. Rooks (op.cit.) |
| Graham Michaelis | Kingman (Brown C) | Berexco Inc. Central Crude Condensate Graham Michaelis | Kingman (Brown C) | Berexco, Inc. Central Crude | Kingman (op. cit.) |

| 1999 | | 2000 | | 2001 | |
|---|---|---|---|---|---|
| Graves Drilling | Kingman (Butler) | Graves Drilling (Dynagy) | Kingman (op. cit.) | Woolsey Petr. (bought Graves) | Kingman (op. cit.) |
| Kansas Gas Supply | Kingman (Voran A&G) | Barr Energy & OneOak Field Services<br><br>Also called OneOak Midstream Gas Supply | Kingman (Voran A&G) | Barr Energy OneOak Field Services<br><br>Also called OneOak Midstream Gas Supply | Kingman (op. cit.) |
| Lario Oil | Kearny (Johnson 1-4) | Lario Oil | Kearny (op. cit.) | Lario Oil | Kearny (op. cit.) |
| Mobil | Kearny (Johnson 1 thru 4) (7 wells) | Exxon-Mobil Corp. (Merged) | Kearny (op. it.) | Exxon Mobil Corp. | Kearny (op. cit.) |
| Ocean Energy (1099 Merit Energy) | Kingman (Spivey Unit Source) | Ocean Energy and Merit | Kingman (op. cit.) | Merit | Kingman (op. cit.) |
| One Oak Resources | Reno (Peace Creek) | OneOak Resources & Red River Energy | Reno (op. cit.) | Red River Energy | Reno (op. cit.) |
| Osborn Heirs | Kearny (Johnson) Multiple Wells | Osborn Heirs | Kearny (op. cit.) | Osborn Heirs | Kearny (op. cit.) |
| Penn Z Energy (was Pennzoil Quaker State) | Kearny (Johnson) 3 wells | Devon | Kearny (op. cit.) | Devon Energy | Kearny (op. cit.) |
| Plains Petroleum op. Allied with Barrett | Kearny (Johnson Unique) 3 wells | Plains Petrol. Merged Barrett | Kearny (op. cit.) | Plains Petrol Barrett then Williams Prod. 8/30/2001 | Kearny (op. cit.) |
| Sequoyah Trading & Transport | Kingman (Voran A&G) | Sequoyah T&T & Barr Energy | Kingman (op. cit.) | Barr Energy | Kingman (op. cit.) |
| Vastar | Kearny (Tate) | Vastar Acquired by British Petrol. | Kearny (op. cit.) | Vastar (B.P.) See Page 1 2002 | Kearny (op. Cit.) |

| PAYOR UPDATE | | KANSAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| **2002** | | **2003** | | **2004** | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| S.P. America Production includes Old Amoco and Vastar | Morton (Bear, Light, Evans) Kearny (Johnson and Tate) | B.P. America Production | Morton (Bear, Light, Evans) Kearny (Johnson and Tate) | B.P.America and Amoco Settlement (Youngren vs. Amoco) 1999 | Morton (Bear, Light, Evans) Kearny (Johnson) |
| Nat'l Coop Ref., LLC | Riley (Gerhardt) Kingman (Butler) Graham (Anderson A & B) | National Coop Ref., LLC | Riley (Gerhardt) Kingman (Butler) Graham (Anderson A & B) | National Coop. Ref., LLC | Riley (Gerhardt) Kingman (Butler) Graham (Anderson A&B) |
| Instead of Equiva, Now Seminole Transport | Sedgwick Bartholemew 6 - 10 Barton (U.E.Wells No income) | Seminole Transport | Sedgwick( 6 - 10 Bartholemew Unit) | Seminole Transport Name Change to Semcrude, L.P. | Sedgwick (6-10 Bartholomew Tract) |
| Genesis then Eaglewing Trading | Stafford Modschiedler Rawlins (Bartovsky) Rooks (Sikes A) | Eaglewing Trading, Inc. | Stafford Modschiedler Rawlins (Bartovsky) Rooks (Sikes A) | Eaglewing Trading, Inc. | Stafford Modschiedler Rawlins (Bartovsky) Rooks (Sikes A) |
| Berexco, Inc. Central Crude | Kingman (Brown-C) Condensate | Berexco, Inc. Central Crude | Kingman (Brown C) Condensate | Berrexco, Inc. Central Crude (Condensate) only | Kingman (Butler) |
| Woolsey Petrol See Page 2, 2001 | Kingman (Butler) | Woolsey Petrol | Kingman (Butler) | Woolsey Petrol. | Kingman (Butler) |

| 2002 | | 2003 | | 2004 | |
|---|---|---|---|---|---|
| Barr Energy and Oneoak Field Services | Kingman (Voran A and G) | Barr Energy and Oneoak Field Services | Kingman (Voran A and G) | Barr-Energy, LLC  Oneoak Midstream (name change) | Kingman (Voran A&G)  Kingman (Voran A&G) |
| Lario Oil | Kearny (Johnson) 1 - 4 | Lario Oil Purchased Williams Interest July | Kearny (Johnson) 1 thru 4 | Lario Oil & Gas | Kearny Johnson 1-4 & (Johnson Unique - 3 wells) See Williams 2003 Final pmt. 2004 from Williams - Under $3.00 |
| Exon Mobil | Kearny (Johnson 1 - 4) 7 Wells | Exxon Mobil Corp. | Kearny (Johnson 1 thru 4) | Exon Mobil | Kearny (Johnson 1-4) |
| Merit Energy | Kingman (W. Spivey Unit) | Merit Energy | Kingman (W. Spivey Unit) | Merit Energy | Kingman (W. Spivey Unit) |
| Beta Op. Co. instead of Red River | Reno (Peace Creek) | Beta Op. Co. | Reno (Peace Creek) | Beta Op. Co. Name changed to Petro Hawk Energy includes Red River Energy | Reno (Peace Creek) |
| Osborn Heirs | Kearny (Johnson) | Osborn Heirs | Kearny (Johnson) | Osborn Heirs | Kearny (Johnson - 12 wells) |
| Devon Energy | Kearny (Johnson) 3 Wells | Devon Energy | Keaory (Johnson 3 wells) | Devon Energy Prod. | Kearny (Johnson - 3 wells) |
| Williams Production | Kearny (Johnson) Unique 3 Wells | Production bought by Lario - see above | Kearny (Johnson) Unique 3 wells) | Williams Prod. Gone See Lario Page 1 | |
| | | | | | |

| PAYOR UPDATE | | OKLAHOMA | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 1999 | | 2000 | | 2001 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Belco | Love (León Unit) | Belco Energy | Love (op. cit.) | Belco Energy | Love (op. cit.) |
| Chesapeak Op. Inc. and Weiser Brown Op. | Woods (Whitlaw) | Chesapeake Op. Inc. | Woods (op. cit.) | Chesapeake Op. Inc. | Woods (op. cit.) |
| Duke | Logan (Lewis, Rosalie, FIFI & Miss Claudia) | Duke Merged April GPM i e (Phillips Gas) | Logan (op. cit.) | Duke Energy | Logan (op. cit.) |
| Enerwest | Garvin (w. Katie) | Enerwest Trading Co. | Garvin (op. cit.) | Enerwest | Garvin (op. cit.) |
| Equiva (Shell & Texaco) | Pontotoc (Beebe Calvin) | Equiva | Pontotoc (op. cit.) | Equiva | Pontotoc (op. cit.) |
| Sunoco, Inc. | Logan (West Navina Babcock I) Pontotoc (Starrit & Mary Gordon | Sunoco, Inc. Feb. 14 Shields Energy Acquired Logan See Below | Pontotoc & Logan (op. cit.) | Sunoco, Inc. | Pontotoc (op. cit.) |
| Teppco | Logan (Fifi I & 2) | Teppco Crude | Logan (op. cit.) | Teppco | Logan (op. cit.) |
| | | Shields Energy February 14 | Logan (West Navina) (op. cit.) See Sunoco above | Shields Op. Inc. | Logan (op. cit.) |
| Greenwood Energy, Inc. | Woods (Lease Bonus) Whitlaw 2/12 | | | EOTT Energy (Enron) from Koch | Logan (Rosalie) |
| SS & L Oil and Gas | Woods (Lease Bonus) 8/10 River had Moved | | | | |

| PAYOR UPDATE | | OKLAHOMA | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 2002 | | 2003 | | 2004 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Belco energy merged with Westport Oil and Gas. Then acquired by Aries Op. | Love (Leon Unit) | Aries Op. | Love (Leon Unit) (See Water Flood below) Page 2 | Aries Op L.L.C. | Love (Leon Unit) |
| Chesapeake Op. Inc. | Woods (Whitlaw) and Logan. Fifi- 1 & 2 | Chesapeake Op. Inc. | Woods (Whitlaw) Logan Fifi-1 | Chesapeake Op. Inc.  Chesapeake Expl. Lmtd. | Woods (Whitlaw) 1- 29 Logan (Fi Fi 1&2) and Velma Alma Settlement in Logan  Blaine Lease Bonus - 13 ½ Acres SE 1/4 S 9 14N-12W |
| Duke Energy | Logan (Lewis, Rosalie, Fifi 1 & 2, Miss Claudia) | Duke Energy | Logan(Lewis, Rosalie. Fifi 1 & 2, Miss Claudia | Duke Energy | Logan Lewis, Rosalie, Miss Claudia, Fi Fi 1 & 2 |
| Enerwest | Garvin (W. Katie) | Enerwest | Garvin (W. Katie) | Enerwest Trading LLC | Garvin (West Katie) |
| Equiva then Shell Trading | Pontotoc (Beebe Calvin | Shell Trading | Pontotoc (Beebe Calvin Sand) | Shell Trading | Pontotoc (Beebe Calvin Sand Unit) No Income 2004. Must have shut down. |
| Sunoco. Inc. | Pontotoc(Starr it & Mary Gordon) Logan (West Navina) | Sunoco, Inc. | Pontotoc (Starrit & Mary Gordon) Logan (West Navina | Sunoco | Logan Waterfloor (W. Navina) Pontotoc (Starrit & Gorson) |

| PAYOR UPDATE | | OKLAHOMA | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 2002 | | 2003 | | 2004 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Teppco gone See Chesapeake (Above) | Logan (Fifi) 1 & 2 | | | | |
| Shields | Logan (Babcock) (West Navina) | Shields Op. Inc. | Logan (West Navina) Babcock-Water-Flood | Shields Op. Inc. | Logan Waterfloor (W. Navina Babcock) |

| | | | | | |
|---|---|---|---|---|---|
| Eott Energy Op. (Enron) Bankruaptcy | Logan (Rosalie) from Koch (Also Bankrupt) | Eott Ene gy Op. (Enron) Bank uptcy | Logan (Rosalie) 1-10 | Eott | Logan (Rosalie 1-10) Still Bankrupt |
| | | RDH Enterprises, Inc. Lease Bonus 3 year | Woods S 32-T24-R6W W ½ of NW 1/4 | RDH Enterprises | Woods No income from lease |
| | | L.E. Jones Op. Waterflood (Woodruff Deese Sand) Unit | Love S 34 and 33 Tract 7 & 8 | L.E. Jones Op. Inc. | Love (Wood uff Deese Sand Unit) Waterfloor |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## SCHEDULE A.

Assets from ████████████ Trust
at Liberty National Bank & Trust Co. of Oklahoma City

| | | Wife's Half |
|---|---|---|
| MINERAL INTEREST | Value | Interest |
| **Graham County KS** | | |
| GRAHAM CO, KS T9S R21 W UND 5/160 MI SW/4 SEC. 19. | $ 112.50 | $ 56.25 |
| GRAHAM CO, KS T9S R21W UND 1/80 MI NW/4 Sec. 21 & SW/4 & W.2 SE/4 SEC. 16. | 1,791.00 | 895.50 |
| GRAHAM CO, KS T9S R21W UND 5/320 MI W/2 SEC. 18. | 316.36 | 158.18 |
| **Kearny County KS** | | |
| KEARNY CO, KS 25S 37W UND 1/20 MI NW/4 SEC. 36. | 4,533.34 | 2,266.67 |
| KEARNY CO, KS 25 S 37 W UND. 1/20 MI N/2 & SE/4 SEC. 26. | 457.38 | 228.69 |
| KEARNY CO, KS 25 S 37 W UND. 1/20 MI S/2 SEC. 24. | 3,400.74 | 1,700.37 |
| KEARNY CO, KS 25S 36W UND. 1/20 MI NE/4 & LOTS 1 & 2 & E/2 NW/4 & E/2 SW/4 SEC. 19, 20 NMA | 5,760.51 | 2,880.26 |
| KEARNY CO, KS 25S 36W UND. 15/320 & 1/20 MI SE/4 & LOTS 1,2, 3,4, AND E/2 W/2 SEC. 18 23 NMA | 4,669.84 | 2,334.92 |
| KEARNY CO, KS 25S 37W UND. 1/20 MI ALL OF SEC. 25; 32 AC MORE OR LESS. | 6,709.50 | 3,354.75 |
| KEARNY CO, KS 25S 37W UND, 1/40 MI NE/4, S/2, LOTS 1 & 2 & S/2 NW/4 SEC. 13, 16 NMA | 4,059.79 | 2,029.90 |
| KEARNY CO, KS 25S 37W UND. 1/40 MI NW/4 & W/2 NE/4 & SE/4 NE/4 & NE/4 SE/4 SEC. 35. 8 NMA. | 3,002.23 | 1,501.12 |

### Kingman County, KS

| | | |
|---|---|---|
| KINGMAN CO, KS 27S 5W UND. .0005519 MI SE/4 SEC. 36 AND N/2 NE/4 SEC. 1-28S-5W BUTLER LEASE | 178.44 | 89.22 |
| KINGMAN CO, KS 28S 5W UND. 1/16 MI IN SE/4 SEC. 2. | 1,896.37 | 948.19 |
| KINGMAN CO, KS 30S 8W UND 10/240 MI S/2 SE/4 SEC. 14 AND E/2 NE/4 SEC. 23. | 2,549.27 | 1,274.64 |
| KINGMAN CO, KS 29S 7W UND 20/260 MI IN EAST 100 AC OF NW/4 AND E/2 NE/4 AND W/2 NE/4 ALL IN SEC. 27. | 5,933.70 | 2,966.85 |

### Morton County, KS

| | | |
|---|---|---|
| MORTON CO, KS 32S 40W UND 1/48 OF 480/640 IN E/2 & SW/4 SEC. 17; 480 AC. AMOCO, | 869.61 | 434.81 |

### Norton County, KS

| | | |
|---|---|---|
| NORTON CO, KS 3S-24W UND 20/160 MI IN SW/4 SEC. 24 | 450.00 | 225.00 |

### Rawlins County KS

| | | |
|---|---|---|
| RAWLINS CO, KS 1S-34W UND 1/32 OF 1/8 MI IN THE SW/4 & W2 NW/4 & W/2 SE/4 SEC. 9 | 2,539.44 | 1,269.72 |

### Reno County, KS

| | | |
|---|---|---|
| RENO CO, KS 23S 10W UND 5/320 MI SEC. 1. | 780.64 | 390.32 |

### Riley County KS

| | | |
|---|---|---|
| RILEY CO, KS 11S 8E UND 20/400 MI IN S/2 SW/4 SEC. 24 AND N/2 SEC. 25. | 3,638.00 | 1,819.00 |

### Rooks County, KS

| | | |
|---|---:|---:|
| ROOKS CO, KS 9S 18W UND 6/160 MI NE/4 SEC. 7. | 135.00 | 67.50 |
| ROOKS CO, KS 9S 19W UND 1/32 MI SE/4 SEC. 27. | 763.96 | 381.98 |

### Sedgwick County, KS

| | | |
|---|---:|---:|
| SEDGWICK CO, KS 28S 4W UND. 10/160 MI N/2 SW/4 SEC. 6. PERMIAN CORP. | 112.50 | 56.25 |
| SEDGWICK CO, KS 27S 4W UND. 10/160 MI W/2 SEC. 29 & E/2 SW/4 & E/2 NW/4 SEC. 30 & ALL OF SEC. 31. | 1,575.00 | 787.50 |

### Stafford County, KS

| | | |
|---|---:|---:|
| STAFFORD CO, KS 24S 11W UND. 1/32 MI IN N/2 SE/4 SEC. 21 AND S/2 SW/4 SEC. 22, PESTER RE | 112.50 | 56.25 |

## OVERRIDING ROYALTY INTEREST

### Barton County, KS

| | | |
|---|---:|---:|
| BARTON CO, KS 20S-12W UND. 1/16 OF 7/8 RI IN E/2 SW/4 SEC. 20 | 2,425.72 | 1,212.86 |

### Ellis County, KS

| | | |
|---|---:|---:|
| ELLIS CO, KS T13S R17W UND 1/64 RI S/2 NE & N/2 SE & NE SW SEC. 10 AND W/2 SW NW SEC. 11. | 139.72 | 69.86 |

**Wife's Kansas Total Value ——— $29,456.56**

3

## MINERAL INTEREST

### Carson County, TX

| | | |
|---|---|---|
| CARSON CO, TX SEC. 4 IN BLK 9, UND. 4/64 MI OF THE I&GN RR CO. SURVEY S/2 NE/4 & N/2 SE/4, COOPER A & G. | 1,649.48 | 824.74 |

### Gray County, TX

| | | |
|---|---|---|
| GRAY CO. TX SEC. 33 BLK B-2 UND. 5/64 MI IN NW/4 OF H & GI RR CO. SURVEY. | 6,248.66 | 3,124.33 |

$3,949.07

### Garvin County, OK

| | | |
|---|---|---|
| GARVIN CO, OK 2N 2W UND 1/10 MI S/2 NW/4 & SE NW & NW SW SEC.36. | 539.84 | 269.92 |

### Logan County, OK

| | | |
|---|---|---|
| LOGAN CO, OK 15 N 4 W UND. 1/80 MI NE/4 & SE/4 SEC 10. | 1,565.71 | 782.86 |
| LOGAN CO, OK 15 N 1 W UND. 1/8 MI N/2 SE/4 SEC. 32. | 1,500.00 | 750.00 |
| LOGAN CO, OK 16 N 1 W UND. 1/32 MI NW/4 SEC. 34. | 750.00 | 375.00 |
| LOGAN CO. OK UND 1/40 MI IN SEC. 33-17N-1E - N/2 S/2 SE/4 | 150.00 | 75.00 |
| LOGAN CO, OK 16 N 3 W UND. 1/24 MI SW/4 SEC. 35. | 1,000.00 | 500.00 |

### Pontotoc County, OK

| | | |
|---|---|---|
| PONTOTOC CO, OK 5N 5E UND. 10/83 MI SE/4 NW/4 & LOT 2 OF SEC. 35, Cont 83 AC, More or Less. | 750.00 | 375.00 |
| PONTOTOC CO, OK 5N 5E UND. 1/20 MI N/2 NW/4 SEC. 33 | 389.76 | 194.88 |

4

PONTOTOC CO, OK 5N 5E UND.        75.00      No lease or
 1/20 MI W/2 SW/4 SW/4 SEC. 28,                   pool wells.

PONTOTOC CO, OK 5N 5E UND.      1,483.26      741.63
 1/24 MI IN E/2 NE/4 & NW/4 NE/4 &
 E/2 SW/4 NE/4 & SW/4 SW/4 NE/4
 SEC. 21.

PONTOTOC CO, OK 5N 5E UND.       281.25      140.63
 3/64 MI W/2 SE/4 SEC. 18.

PONTOTOC CO, OK 5N 5E UND.        31.25      15.63
 1/24 MI IN THAT PART OF LOT 13,
 LYING EAST OF THE DRAW IN SEC.
 16; 10 AC MORE OR LESS,

### Woods County OK

WOODS CO, OK 23N 13W UND 1/8       750.00      375.00
 MI NE/4 NW/4 SEC. 6

### Woodward County, OK

WOODWARD CO, OK 25N 19W UND     1,725.00      862.50
 13/320 MI IN E/2 NW/4 & W/2 NE/4
 & UND 1/16 W/2 SW4 ALL IN SEC. 7.

## TERM ROYALTY INTEREST

### Logan County, OK

LOGAN CO, OK 15N 4 W UND        611.60      305.80
 1/18 MI IN W/2 NW/4 SEC. 11

            Wife's Oklahoma Total Value ----     $5,763.83

(Please see next page for Remarks)

5

## SCHEDULE A



P ope ties from Estate of
(
received a 1/3 interest in the properties
listed below,                    e

### Royalty and Working Interests

| Complete Legal Description | Income | Value |
|---|---|---|
| 6.66 Royalty Acres W2 of SW/4 Sec 2-25N-7, Grant Co.,Ok | None | $ 200 |
| 1/2 Interest in W/2 of NW/4 of Sec 32 24N-16W, Woods Co., Ok | None | 200 |
| 1/2 Interest in Lot 4 (44.1 Acres) in Sec 19-24N-16W, Woods Co., Ok | None | 200 |
| .109375 W.I.in ARlo 1-25,SE,SE of Sec 25-23N-4W, Garfield Co., Ok. | None | 3,500 |

### Realty Interests

| Complete Legal Desc iption | Income | Value |
|---|---|---|
| Undivided 1/2 Interest in Lots 5,6,7, & 8, Blk 24, Jonesville Addn to C ty, JF Enid,Ok. Also 17' strip along Westside of said lots | None | 40,000 |

ʼThis is the property whose sale in February 1995 at a loss is described at Item 20 in Part VII of earlier report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature    ~~William J. Holloway, Jr.~~      Date  May 10, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544